# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

UNITED STATES OF AMERICA and
RELATOR, LLC,

    Plaintiffs,

v.                                                          2:23-cv-104-JLB-NPM

KATHIE GORSKI, ET AL.,

    Defendants.

## ORDER

The United States has declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B). If relator elects to proceed with this action pursuant to 31 U.S.C. § 3730(c)(3), relator shall file appropriate waivers or returns of executed service for each defendant within 60 days of this order.

The clerk is directed to keep *under seal* documents 2, 3, 4, 5, 6, 7, 8, 12, 13, 15, 16, 18, 19, 21, and 22, and otherwise remove the seal from this case.

Any party who files or otherwise serves a pleading, motion, notice or other paper in this action shall serve a copy of such document upon counsel for the United States, as provided for in 31 U.S.C. § 3730(c)(3). As also provided therein, the United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time. A copy of all orders, notices, and any other papers entered in this case by the court shall be sent to counsel for the United States.

Should relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the court will solicit the written consent of the United States before ruling or granting its approval.

**ORDERED** on December 9, 2024.

_____
NICHOLAS P. MIZELL
United States Magistrate Judge